UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 02-166(ADM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID T. SHARP,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | REASSIGNMENT OF<br>CRIMINAL CASE |

The above-referenced criminal case has been reassigned as follows:

| Criminal No. | Defendant Name | Remove AUSA | Add AUSA |
|---|---|---|---|
| 02-166(ADM) | David T. Sharp | Paul A. Murphy | Joseph T. Walbran |

Dated: 3/17/05

Respectfully submitted,

THOMAS B. HEFFELFINGER
United States Attorney

s/ James E. Lackner

for PAUL A. MURPHY
Assistant United States Attorney