PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. David T Sharp**

**Docket No. 0:02CR00166-1(ADM)**

**Petition on Supervised Release**

COMES NOW **Randell W. Nikula**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **David T. Sharp** who was sentenced for Fraud and Related Activity in Connection with Access Devices on August 8, 2001, by the Honorable Walter Herbert Rice, sitting in the court at Dayton, Southern District of Ohio, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Community Service
Full-time employment
Child support
Restitution
30 days home confinement with electronic monitoring (*modified 5/11/2004*)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall perform one hundred (100) hours of community service work in the first two (2) years of supervised release, on a schedule and with an agency agreed upon between himself and the U.S. Probation Office.

Mr. Sharp has failed to verify the completion of 100 hours of community work service.

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

SCANNED
MAR 21 2005
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 18th day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Randell W. Nikula
U.S. Probation Officer

Executed on March 16, 2005
Place Minneapolis