AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 02-166 (1) ADM

David T. Sharp

RECEIVED
MAR 21 3 31 PM '05
US MARSHALS SERVICE MPLS. MN

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom #9E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Judge Jonathan G. Lebedoff**

On: **3/31/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jacrie Ellingson

Jackie Ellingson, Deputy Clerk

Dated: March 21, 2005

SCANNED
APR 1 2005
U.S. DISTRICT COURT MPLS

DC Modified 12/03/04

criminal\summons.frm

## RETURN OF SERVICE

Service was made by me: [1] Patrice Dettle Date: 3/31/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: 300 S. 4th St., U.S. Courthouse, Mpls., MN. 55415

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______________________

☐ Returned unexecuted: ______________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on March 31, 2005 Allen Garber
Date Name of United States Marshal

Patrice Dettle
(by) Deputy United States Marshal

Remarks: 3/22/05 17:09 Endeavor 77miles 1way 2hrs. PD
3/31/05 10:50 Non Miles 1.0hr.

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure